■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRODERICK PERRY, Appellant. [595 NYS2d 352] —Judgment unanimously affirmed. Memorandum: We have considered the arguments made by defendant in support of his contention that the sentence was harsh and excessive, including those made in

defendant's supplemental *pro se* brief, and we conclude that they lack merit. (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.